440 A.2d 598

**Elizabeth D. DONLIN and Leo A. Donlin, her husband**

v.

**J. J. NEWBERRY CO. and McCrory Corp., Appellants.**

Superior Court of Pennsylvania.

Argued June 1, 1981.

Filed Jan. 19, 1982.

Richard A. Gray, Williamsport, for appellants.

Michael J. DiSisti, Williamsport, for appellees.

Before McEWEN, MONTEMURO and SHERTZ *, JJ.

PER CURIAM:

This is an appeal from an order denying a motion for new trial and judgment n. o. v. In light of the fact that the order has not been reduced to judgment and docketed,[1] we cannot consider the merits of appellants' contentions. "An order denying a motion for a new trial . . . does not constitute an appealable order." Pa.R.A.P. 301(c). Therefore, this appeal is premature and must be quashed. *Slagter v. Mix*, 441 Pa. 272, 272 A.2d 885 (1971); *Richard v. Chester Extended Care Center*, 287 Pa.Super. 289, 430 A.2d 290 (1981); *Brogley v. Chambersburg Engineering Co.*, 283 Pa. Super. 562, 424 A.2d 952 (1981).

The appeal is quashed.

* SHERTZ, J., did not participate in the consideration or decision of this case.

1. Neither appellants nor appellee filed a praecipe that the lower court's order should be reduced to judgment and docketed.